FILED
ASHEVILLE, N.C.

JAN ~ 6 2010

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:10CR2 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| TAMATHA M. HILTON (1) | ) | |
| JIMMY EARL HILTON, JR. (2) | ) | |
| JACQUELINE H. HILTON (3) | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and Summons and the Motion to Seal the Bill of Indictment be sealed until the defendants JIMMY EARL HILTON, JR. and JACQUELINE H. HILTON have been arrested.

This the 6th day of January, 2010.

_____
UNITED STATES MAGISTRATE JUDGE