IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:1O-CR-2-V |
| vs. | ) | |
| TAMATHA M. HILTON (1) | ) | |
| JIMMY EARL HILTON (2) | ) | **ORDER TO UNSEAL BILL OF** |
| JACQUELINE H. HILTON (3) | ) | **INDICTMENT** |

Upon motion of the United States Attorney, it is hereby **ORDERED, ADJUDGED AND DECREED** that the above referenced Sealed Bill of Indictment and Warrant for Arrest be unsealed.

**SO ORDERED**.                    Signed: January 14, 2010

_____
David S. Cayer
United States Magistrate Judge