IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | DOCKET NO. 5:10-CR-02-RLV |
| v. | ) | |
| | ) | |
| TAMATHA M. HILTON (1), | ) | |
| JIMMY EARL HILTON, JR. (2), | ) | |
| JACQUELINE H. HILTON (3), | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR SUBPOENA DUCES TECUM
REQUIRING PRE-TRIAL PRODUCTION**

**THIS MATTER** is before the Court on the Government's Motion for Subpoena Duces

Tecum Requiring Pre-Trial Production (Document #50).

**WHEREFORE**, the Court finds that for the reasons set forth in the Government's Motion,

the documents sought are relevant, admissible, and specific for purposes of issuance of a Fed. R.

Crim. P. 17(c) subpoena requiring pre-trial production.

**THEREFORE, THIS COURT ORDERS** the Government to, as soon as practicable, serve

upon the custodian of records for Affordable Products LLC a subpoena requiring production to the

Government of the documents set forth in the Government's Motion. In addition, this Court

**ORDERS** Affordable Products LLC to produce to the Government any documents responsive to

the subpoena on or before July 12, 2010.

**SO ORDERED.**

Signed: July 1, 2010

Richard L. Voorhees
United States District Judge