UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Case Number: 5:10CR2-V

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>Vs. )<br>)<br>TAMATHA M. HILTON, JIMMY EARL )<br>HILTON, JR. & JACQUELINE H. HILTON )<br>)<br>Defendants. )<br>_____) | ORDER |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 27th day of July, 2010.

_____
United States Judge Presiding