UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:10CR2-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>) **O R D E R**<br>(1) TAMATHA M. HILTON, )<br>(2) JIMMY EARL HILTON, )<br>(3) JACQUELINE H. HILTON, )<br>)<br>**Defendants.** )<br>) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss certain real properties from the Money Judgment and Preliminary Order of Forfeiture. (Dkt. 158)

The Government represents that there is insufficient equity in the subject properties to warrant completing forfeiture.

For good cause shown, **IT IS THEREFORE ORDERED THAT** the following properties are hereby dismissed from the Money Judgment and Preliminary Order of Forfeiture (Dkt. 112):

> **Real property at 2420 Central Drive, Lenoir, North Carolina, more particularly described in a deed recorded at Book 1176, Page 677, in the Caldwell County Public Registry; and**
>
> **Real Property at 5940 Melrose Lane, Granite Falls, North Carolina, more particularly described in a deed recorded at Book 1648, Page 1158, in the Caldwell County Public Registry.**

Signed: May 31, 2011

Richard L. Voorhees
United States District Judge